May 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES PITTMAN MCGEHEE AND JULES H. BOHNN, M.D., Appellants

NO. 14-10-00905-CV
NO. 14-10-00940-CV                          V.

KERRY CARL HAGAN AND KERRY CARL HAGAN, P.C., Appellees
_____

This cause, an appeal from the judgment in favor of appellees, KERRY CARL HAGAN AND KERRY CARL HAGAN, P.C., signed September 21, 2010, was heard on the transcript of the record. We have inspected the record and find error in part of the judgment. We therefore order that the part of the judgment awarding appellee, KERRY CARL HAGAN, P.C., $158,128.23 in damages against appellants, JAMES PITTMAN MCGEHEE AND JULES H. BOHNN, M.D., jointly and severally, be **REVERSED**, and we **RENDER** judgment that appellee, KERRY CARL HAGAN, P.C., take nothing on its claims for breach of contract and tortious interference.

We order the remainder of the judgment **AFFIRMED**.

We order appellee, KERRY CARL HAGAN, P.C., to pay all costs incurred in this appeal. We further order this decision certified below for observance.